IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFREY WHITEHEAD,

            Plaintiff,

v.

NURSE HILLARY, KASSANDRA
FREEMAN, and DEBBIE PERKINS,

            Defendants.

Case No. 19-cv-943-NJR

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court for case management purposes. Nurse Hillary, Kassandra Freeman, and Debbie Perkins were issued waivers of service on January 16, 2020 (Doc. 11). On January 17, 2020, Nurse Hillary, Freeman, and Perkins returned their summons, and their Answers were due March 16, 2020 (Docs. 12 and 13). As of this date, the defendants failed to move, answer, or otherwise plead in response to the Complaint.

The Federal Rules of Civil Procedure provide that the Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED. R. CIV. P. 55(a). Accordingly, the Court **ORDERS** as follows:

(1)     The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendants Nurse Hillary, Kassandra Freeman, and Debbie Perkins in accordance with Federal Rule of Civil Procedure 55(a).

(2)     Plaintiff is **ORDERED** to move for default judgment against Defendants on or before **June 17, 2020**, in accordance with Federal Rule of Civil Procedure 55(b).

(3)     If Plaintiff fails to move for default judgment as set forth in this Order, this entire action will be dismissed as to Defendants for

failure to prosecute and/or failure to comply with an order of the Court.

(4)　The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and to Defendants Nurse Hillary, Freeman, and Perkins.

**IT IS SO ORDERED.**

**DATED:   May 27, 2020**

*s/ Nancy J. Rosenstengel*
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**
